United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maurizio M Spiritoso  
    Debtor

Case No. 18-15999-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2   Date Rcvd: Dec 21, 2018  
                     Form ID: 318   Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db            +Maurizio M Spiritoso,    2930 S. 15th Street,    Philadelphia, PA 19145-4917
14194460      +Carrie A. Gerding, Esq.,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
14202021       Central Credit Services LLC,    9550 Regency Blvd.,    Suite 500,    Jacksonville, FL 32225
14194462       Harris & Harris, Ltd,    11 West Jackson Blvd,    Ste 400,    Chicago, IL 60604-4135
14194463       Labratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14194466      +NJ EZ-Pass,    P.O. Box 4971,    Trenton, NJ 08650-4971
14194467       Office of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14214247       Smart Tuition,    P.O. Box 11731,    Newark, NJ 07101-4731
14194471       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14194472      +The Ashton-Drake Galleries,    9307 North Milwaukee Avenue,    Niles, IL 60714-1303
14194473       U.S. Department of Education,    PO Box 4222,    Iowa City, IA 52244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: BTPDERSHAW.COM Dec 22 2018 08:43:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2018 03:52:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14194458       EDI: ALLIANCEONE.COM Dec 22 2018 08:43:00      Alliance One,    PO Box 3106,
                 Southeastern, PA 19398-3106
14194459      +EDI: CAPITALONE.COM Dec 22 2018 08:43:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14194461      +EDI: CCS.COM Dec 22 2018 08:43:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14194464      +EDI: MERRICKBANK.COM Dec 22 2018 08:43:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
14194465      +EDI: MID8.COM Dec 22 2018 08:43:00      Midland Funding,    2365 Northside Dr,    Ste 300,
                 San Diego, CA 92108-2709
14195133      +EDI: PRA.COM Dec 22 2018 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14194468      +E-mail/Text: paparalegals@pandf.us Dec 22 2018 03:53:15      Patenaude & Felix A.P.C,
                 Attn: Gregg Morris,    501 Corporate Drive,    South Point Centre Suite 205,
                 Canonsburg, PA 15317-8584
14218744      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:51:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14194469      +EDI: PRA.COM Dec 22 2018 08:43:00      Portfolio Recovery,    PO Box 41021,
                 Norfolk, VA 23541-1021
14194470       EDI: RMCB.COM Dec 22 2018 08:43:00      RMCB Collection Agency,    PO Box 1235,
                 Elmsford, NY 10523-0935
14194474      +EDI: ECMC.COM Dec 22 2018 08:43:00      U.S. Department of Education,    Ecmc/Bankruptcy,
                 PO Box 16408,    Saint Paul, MN 55116-0408
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14202018*      Alliance One,    PO Box 3106,    Southeastern, PA 19398-3106
14202019*     +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14202020*     +Carrie A. Gerding, Esq.,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
14202022*     +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14202023*      Harris & Harris, Ltd,    11 West Jackson Blvd,    Ste 400,    Chicago, IL 60604-4135
14202024*      Labratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14202025*     +Merrick Bank/CardWorks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
14202026*     +Midland Funding,    2365 Northside Dr,    Ste 300,    San Diego, CA 92108-2709
14202027*     +NJ EZ-Pass,    P.O. Box 4971,    Trenton, NJ 08650-4971
14202028*      Office of UC Benefits,    Attn: UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14202029*     +Patenaude & Felix A.P.C,    Attn: Gregg Morris,    501 Corporate Drive,
                 South Point Centre Suite 205,    Canonsburg, PA 15317-8584
14202030*     +Portfolio Recovery,    PO Box 41021,    Norfolk, VA 23541-1021
14202031*      RMCB Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
14202032*      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14202033*     +The Ashton-Drake Galleries,    9307 North Milwaukee Avenue,    Niles, IL 60714-1303
14202034*     +U.S. Department of Education,    Ecmc/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
                                                                                    TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                              Form ID: 318             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Maurizio M Spiritoso brad@sadeklaw.com,    bradsadek@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Maurizio M Spiritoso** | Social Security number or ITIN  **xxx–xx–7893** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **18–15999–jkf** | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maurizio M Spiritoso

12/20/18                                                                           **By the court:**  Jean K. FitzSimon
                                                                                                                     United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**